## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH W. KAMINSKY, JR.,<br>*plaintiff,* | : | NO. 3:14-CV-01885 (MPS) |
| | : | |
| V. | : | |
| | : | |
| DORA P. SCHRIRO, COMMISSIONER, | : | |
| SERGEANT PAOLO D'ALESSANDRO, | : | |
| DETECTIVE VINCENT IMBIMBO, | : | |
| DETECTIVE SEAN MUSIAL, and | : | |
| DETECTIVE BARBARA MATTSON of | : | |
| the Department of Emergency Services | : | |
| and Public Protection, State of | : | |
| Connecticut; and LIEUTENANT | : | |
| WALTER SOLENSKI, LIEUTENANT | : | |
| BRIAN FLANAGAN, and OFFICERS | : | |
| MICHAEL HICKS, ROBERT DEXTER | : | |
| and TED OPDENBROUW of the | : | |
| Coventry Police Department, | : | |
| *defendants.* | : | MARCH 18, 2016 |

## NOTICE OF
## OFFER OF JUDGMENT

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, the defendants Dora

P. Schriro, Commissioner, Sergeant Paolo D'Alessandro, Detective Vincent Imbimbo,

Detective Sean Musial, And Detective Barbara Mattson of the Department of

Emergency Services and Public Protection, State of Connecticut, hereby give notice

that they have this date filed with the plaintiff an offer of judgment in this matter.

DEFENDANTS
Dora P. Schriro, Paolo D'Alessandro, Barbara
Mattson, Vincent Imbimbo, and Sean Musial

GEORGE JEPSEN
ATTORNEY GENERAL

By: /s/ *Stephen R. Sarnoski*
Stephen R. Sarnoski
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, Connecticut  06105
Tel. (860) 808-5450
Fax: (860)808-5591
Federal Bar #ct05129
E-mail: stephen.sarnoski@ct.gov

**CERTIFICATION**

I hereby certify that on this 18th day of March, 2016, a copy of foregoing notice of offer of judgment was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.  I further certify that the original offer of judgment accompanying this notice was mailed in a sealed envelope to the Clerk of the Court, United States District Court, 450 Main Street, Hartford, CT 06103.

/s/  *Stephen R. Sarnoski*
Stephen R. Sarnoski
Assistant Attorney General