UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH W. KAMINSKY, JR., | : | |
| | : | |
| Plaintiff, | : | CIVIL CASE NO.: 3:14-CV-01885(MPS) |
| | : | |
| v. | : | |
| | : | |
| DORA B. SCHRIRO, ET AL., | : | |
| | : | |
| Defendants. | : | August 22, 2017 |

## MOTION FOR LEAVE OF COURT TO WITHDRAW APPEARANCE

Undersigned counsel pursuant to Local Civil Rule 7(e)[1] hereby requests leave of the court to withdraw his appearance in the above-captioned matter.

An appearance by Attorney Rachel M. Baird on behalf of the Plaintiff preceded my appearance and remains in the case. Attorney Baird remains the attorney for the Plaintiff in the district court.

I have enclosed a Declaration by Attorney Baird that a copy of the motion was sent by certified mail to the Plaintiff.

---

[1] Rule 7(e) provides: "Withdrawal of appearances may be accomplished only by leave of Court on motion duly noticed, and normally shall not be granted except upon a showing that other counsel has appeared or that the party has elected to proceed pro se, and that the party whose counsel seeks to withdraw has received actual notice by personal service or by certified mail of the motion to withdraw. In cases where the party has failed to engage other counsel or file a pro se appearance, where good cause exists for permitting the withdrawal by the appearing counsel, the Court may grant the motion to withdraw the appearance after notice to the party that failure to either engage successor counsel or file a pro se appearance will result in the granting of the motion to withdraw and may result in a dismissal or default being entered against the party."

1

RESPECTFULLY SUBMITTED

BY: *Mitchell Lake*
Mitchell Lake (ct28715)
attymitchelllake@outlook.com

## CERTIFICATE OF SERVICE

I hereby certify that on the date first above a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

*Mitchell Lake*
Mitchell Lake
Commissioner of the Superior Court

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH W. KAMINSKY, JR., | : |
| Plaintiff, | : |
| | : CIVIL CASE NO.: 3:14-CV-01885(MPS) |
| v. | : |
| DORA B. SCHRIRO, ET AL., | : |
| Defendants. | : August 18, 2017 |

### DECLARATION OF RACHEL M. BAIRD

I, RACHEL M. BAIRD, HEREBY STATE AND DECLARE UNDER PENALTY OF PERJURY:

1. I sent by United States first-class mail, return receipt, the attached draft Motion for Leave of Court to Withdraw Appearance. (Ex. 1)

2. I received a green card indicating that the Plaintiff received the envelope containing the Motion. (Ex. 2)

_____
Rachel M. Baird

Sworn to under penalty of perjury on August 18, 2017, in Harwinton, CT.

_____
Notary Public
Patricia A. Monterio
My Commission expires: 05/31/2021

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Joseph Kaminsky
1920 John Hand Dr.
Coventry CT 06238

9590 9402 1479 5329 7978 54

2. Article Number (Transfer from service label)

7015 1660 0000 2622 4934

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Joseph W Kaminsky
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

[Coventry CT postmark AUG 10 20..]

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

USPS TRACKING #

9590 9402 1479 5329 7978 54

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Attorney Rachel M. Baird
15 Burlington Rd.
Harwinton CT 06791